CERTIFICATE OF SERVICE

**09-9071**

I, _Dale Capilouto Jr Glenn Favre_, certify that I am, and at all times during the service
(name)
of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _20 October 2009_ by:
(date)

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Macklin Family Trust.    Suite 806, Eleven Piedmont Ctr.
John Grimm             3495 Piedmont Rd. NE
                        Atlanta, GA. 30305

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

OCT 22 2009 PM02:25

☐ Publication: The defendant was served as follows: [Describe briefly]

DEPUTY CLERK

P. REGINA THOMAS, CLERK

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
(name of state)
as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_20 October 2009_                         _[signature]_
Date                                       Signature

```
Pr
    GLENN R FAVRE
B|  110 SOUTH COLUMBIA DRIVE #11
    DECATUR GEORGIA 30030
C|
```